# EXHIBIT 2

**Disclosure Schedule**

Case 1:17-cv-08495-SHS   Document 1-3   Filed 11/02/17   Page 2 of 23

## Disclosure Schedules Index

Schedule 1.3(a)(i) - Closing Indebtedness

Schedule 1.4 – Proration – Purchase price adjustment items

Schedule 1.5  - Excluded assets

Schedule 2.3 - No Conflicts Exceptions

Schedule 2.5 - Brokers

Schedule 3.1 - Jurisdictions In Which Qualified to Do Business

Schedule  3.5(a) - No Conflicts Exceptions

Schedule 3.5(b) - No Consents Exceptions

Schedule 3.6(a) - Taxes Exceptions

Schedule 3.6(b) - Financial Statement Reserves Exceptions

Schedule 3.7 - Benefit Plans Exceptions

Schedule 3.8 - Litigation Exceptions

Schedule 3.9(a) - Compliance with Laws Exceptions

Schedule 3.9(b) - Contracts with Physicians/Family Members

Schedule 3.9(c) - Material Permits of Companies and Medical Professionals

Schedule 3.9(e) - Written Marketing Policies and Procedures

Schedule 3.9(f) - Federal/State & Third Party Payor Provider Numbers for Billing___

Schedule 3.10 - Brokers

Schedule 3.11(a) - Material Contracts

Schedule 3.11(c) - Material Contracts Affected, Defaults

Schedule 3.11(d) - Material Contracts Terminating or Amending

Schedule 3.12 - Real Property Owned Exception

Schedule 3.12(a) - Liens in Addition to Permitted Liens

Schedule 3.13 - Intellectual Property Rights

Schedule 3.15 - Financial Statements Exceptions

Schedule 3.16 - Insurance Policies

Schedule 3.17 - Transactions/Agreement with Affiliates and Employees Exceptions

Schedule 3.22 - Absence of Certain Changes or Events Exceptions

Schedule 3.24 - No Undisclosed Events, Liabilities, Developments or Circumstances Exceptions

Schedule 3.25(a) - Top 10 Payors and Referring Physician Practices

Schedule 3.25(b) - Changes to Top 10 Payors and Referring Physician Practices

Schedule 3.26 - Bank Accounts

Schedule 3.27 - Tangible Assets At Least $1,000 Book Value

Schedule 4.4 - Brokers

Schedule 5.2(d) - Consents Needed by Purchaser

Schedule 5.2(e) - Affiliate Arrangements Requiring Termination

Schedule 5.2(p) - Resignation Letters

Schedule 6.10 – Non Compete Map


Definitions :

Partners Imaging Holdings LLC  (PIH).
Partners Imaging Center of Sarasota LLC (PIC)
Partners Practice Services LLC  (PPS)
Partners Imaging Center of Venice, Naples and Charlotte LLC (Companies)

**Schedule 1.3(a)(i) - Closing Indebtedness**

| | | |
|---|---|---|
| Key Bank | CT in Naples | approx $54,005 as of 7/26/14 |
| Key Bank | Holdings LLC loan | approx $612,233 as of 7/14/14 (subject to lien release without settlement) |

**Schedule 1.4 – Pro-rations - Purchase Price Adjustment Items**

Rent
Utilities
Telephone
Internet
Security monitoring
Office cleaning
Copiers – GE Capital Lease
Hill York Air-Con/Chiller
Insurance – property & malpractice
Linen & Laundry
Injection waste
Postage devices agreement and postage
Permits ACR
Drinking water machines

**Schedule 1.5  Excluded Assets**

2 x Kia Soul cars owned and titled to Partners Imaging Holdings LLC
PACS for each company (Images to be sent to Buyer)
Network fiber infrastructure (Brighthouse/Comcast/WOW data centers)

**Schedule 2.3 - No Conflicts Exceptions**

Various contacts are held by Seller, (PICS) and (PPS) that are being utilized by the centers at Venice, Port Charlotte and Naples. Buyer will need to obtain separate contracts with third party payors at close i.e. Blue Cross, Aetna, United Healthcare, Cigna, MedSolutions, Optimum and Freedom etc.

Medicare accounts are already established in each company including ACR credentialing. Buyer will need to take over existing Key Bank accounts for Venice, Port Charlotte and Naples as Medicare accounts are linked to them.

Partners currently bills for all of its centers under its own number for Medicare.  Venice, Port Charlotte and Naples companies have their own Medicare number (active but not used) for use at closing.  See Schedule 3.9(f).  Buyer will have to file appropriate forms with CMS indicating change in control and register a physician.

**Schedule 2.5 - Brokers**

See schedule 3.10

**Schedule 3.1 - Jurisdictions In Which Qualified to Do Business**

State of Florida

**Schedule  3.5(a) - No Conflicts Exceptions**

See schedule 2.3

Case 1:17-cv-08495-SHS   Document 1-3   Filed 11/02/17   Page 6 of 23

**Schedule 3.5(b) - No Consents Exceptions**

See schedule 2.3

**Schedule 3.6(a) - Taxes Exceptions**

Tax returns for 2013 covering Partners Imaging Holdings LLC (includes Venice, Port Charlotte and Naples) is on extension.

Prior tax returns affecting the Venice center contained a depreciation error. See 3.15

**Schedule 3.6(b) - Financial Statement Reserves Exceptions**

There are no reserves for the taxes due to pass through nature of entities, and there are no balance sheets available to reserve for taxes.

**Schedule 3.7 - Benefit Plans Exceptions**

Each company leases its personnel from Partners Practice Services LLC (PPS), and affiliate of Seller.

Hubert Franke MD (radiologist) has the potential to make bonus based on volume of scan reads completed.  Dr Franke who is currently working at the Venice location will be leaving Partners Imaging on August 1st 2014 (completing notice period). He has not made bonus for any period in 2014 so no liability exists.

Each company's personnel receives vacation, death benefit and heath-care insurance benefits from PPS.

Partners provides all employees with health insurance via Trinet/SOI.  Partners pays 70% of the cost of insurance to the employee.  Trinet/SOI provides a $10K death benefit to members on the plan.  Once employees are off the plan, no liability exists to the Buyer.

Port Charlotte and Naples centers each have injection coverage contracts with physicians.

Partners in Venice is attempting to set up injection coverage (for Medicare patients) with a physician within the same building at Venice.  There will be a monthly liability for this service in the order of $1500 per month.

**Schedule 3.8 - Litigation Exceptions**

None

**Schedule 3.9(a) - Compliance with Laws Exceptions**

None

**Schedule 3.9(b) - Contracts with Physicians/Family Members**

Naples injection coverage covered under a physician contract.  $1500 per month.

Port Charlotte injection coverage covered under a physician contract.  $1500 per month

Venice injection coverage – in progress with a basis of $1500 per month.

Dr Franke – see schedule 3.7

Dr Ford – temporary staff in Naples – reading agreement (1 week)

**Schedule 3.9(c) - Material Permits of Companies and Medical Professionals**

Florida Dept of health – radiation license (for X-Ray, CT & PET) for all companies

ACR modality approvals – all companies.  See 3.9(f)

Medicare approvals – all companies

A physician reading at a company facility licensed by the State of Florida.  See 3.9(f)

NPI numbers for each company.  See 3.9(f)

All technicians have a State of Florida license and an RT license or equivalent license.

**Schedule 3.9(e) - Written Marketing Policies and Procedures**

None

**Schedule 3.9(f) - Federal/State & Third Party Payor Provider Numbers for Billing**

Naples                    NPI  1255654380        Tax ID 271716994

Port Charlotte            NPI  1710200845        Tax ID 271716899

Venice                    NPI  1518280635        Tax ID 271716825


Currently billing Medicare under PICS number, but has obtained other numbers as detailed below.

Naples Medicare Provider No:              FL069A

Port Charlotte Medicare Provider No:      FL114A

Venice Medicare Provider No:              FL106A

New contracts would need to be setup for all third party Payor providers for each company. Currently billing all third party payers through PICS numbers.


**Schedule 3.10 – Brokers**

Seller has a broker agreement with Doug Neufeld of Neufeld Business Brokers

**Schedule 3.11(a) - Material Contracts**

(v) Personal Property Leases
Photo copiers
Dell server – Venice

(vi)
Operating agreement for each company
Employee leasing agreements with PICS and PPS

(xiv)
Naples property lease agreement
Port Charlotte property lease agreement
Venice property lease agreement

Naples, Charlotte and Venice Imaging Centers LLC (Companies) are owned by Partners Imaging Holdings LLC

(vii) and (xv)

**Employees**

Naples
| | |
|---|---|
| Christy Bostwick | $45,000 annually |
| Lili Fontana | $25.00 hourly |
| Lily Urquiza | $12.00 hourly |

Port Charlotte
| | |
|---|---|
| Bendadette Sperzel | $35,000 annually |
| Sandy Ritter (p/t) | $28.50 hourly |
| Barbara Sullivan (p/t) | $32.00 hourly |

Venice
| | |
|---|---|
| Christine Sanford | $45,000 annually |
| Kim Bergeron | $25.00 hourly |
| Christina Belangia | $23.00 hourly |
| Richelle Hey | $32.00 hourly |
| Aly Sherer | $12.00 hourly |
| Emily Schneible | $13.50 hourly |

**Vendors  (over $3000 p/a)**

Hill York (Chiller maintenance)
Brighthouse/Comcast (Fiber network infrastructure)
Agnus Office Cleaning
Grady Professional Services Inc. (professional, liability and property insurance)
Dell Sonicwall Firewall support
Dell Financial Services
Atlantix Cisco router support
Intelerad PACS software contract
Linde North America (Helium)
Image First (Linen and Laundry)
Airgas air products (oxygen)
Comcast internet (Naples)
Century Link (Phones line provider) Naples
Comcast internet (Port Charlotte)
Century Link (Phone line provider) Port Charlotte
Windstream (Telephone T1 provider) Venice (currently on month to month basis)
Comcast internet (Venice)
McKesson (General medical supplies)
PET-NET (PET doses) Venice
Zephyrhills (water container contract)
GE Finance (Photocopier contract)
Total Document Management (Photocopier cost-per-copy contract)
Daniels SmartSharp (Medical waste)
DeHart Systems (alarm monitoring)
Shred-it (papers and film shredding)
West Physics (physician services)
Source One (X-ray film)
Injection coverage – Naples, Port Charlotte and Venice
Medscript Inc (transcription)
Key Bank (finance on modality equipment)
ACR (modality accreditation)
Electricity and Water utilities
Suplee & Shae Accountants


(viii)    See item (vi)

**Schedule 3.11(c) - Material Contracts Affected, Defaults**

None

**Schedule 3.11(d) - Material Contracts Terminating or Amending**

Dr Franke's contract is terminating.  See 3.7

**Schedule 3.12 - Real Property Owned Exception**

None

**Schedule 3.12(a) - Liens in Addition to Permitted Liens**

None

**Schedule 3.13 - Intellectual Property Rights**

None

**Schedule 3.15 - Financial Statements Exceptions**

Certain assets from Venice center were not depreciated properly causing understatement of expense.  Seller is correcting this error on 2013 return.

**Schedule 3.16 - Insurance Policies**

Insurance held by Partners Imaging Holdings LLC on behalf of companies.  Buyer need to obtain their own insurance for the companies,.

Property Insurance
Name of Insured – Partners Imaging Holdings LLC
Underwriter – Lloyds of London
Center  - Venice
Amount of coverage – Property $900,000   Business Income $100,000   Chiller $40,000
Deductable is $5000
Expiration date is 3-3-2015

Property Insurance
Underwriter – Lloyds of London
Name of Insured – Partners Imaging Holdings LLC
Center  - Port Charlotte
Amount of coverage – Property $350,000   Business Income $100,000   Chiller $40,000
Deductable is $5000
Expiration date is 3-3-2015

Property Insurance
Underwriter – Lloyds of London
Name of Insured – Partners Imaging Holdings LLC
Center  - Naples
Amount of coverage – Property $450,000   Business Income $100,000   Chiller $40,000
Deductable is $5000
Expiration date is 3-3-2015

Professional & Liability
Underwriter –  Columbia Casualty (CNA Companies)
Name of Insured – Partners Imaging Holdings LLC
Center  - Naples, Venice, Port Charlotte and 3 other locations.
Amount of coverage for Commercial General Liability
      Each occurrence      $1,000,000
      Damage to rented premises      $50,000
      Med Exp      $5,000
      Personal & Adv Injury      $1,000,000
      General Aggregate      $3,000,000
Amount of coverage for Professional Liability
      Per claim      $1,000,000
      Annual aggregate      $3,000,000
Deductable is $2,500
Expiration date is 2-23-2015

**Schedule 3.17 - Transactions/Agreement with Affiliates and Employees Exceptions**

See 3.11 (xv), (vi) and 3.7

**Schedule 3.22 - Absence of Certain Changes or Events Exceptions**

(e)  Dr Franke at terminating.  See 3.7

(f)  Closing indebtedness

(h) The external accounting firm responsible for quarterly and annual reports changed in 2012 from Cavanaugh & Co LLP to Suplee & Shae P.A.  Accounting was corrected.  See 3.15

(i) Distributions to Seller in ordinary course of business and transfer of assets to Seller pursuant to this agreement.

**Schedule 3.24 - No Undisclosed Events, Liabilities, Developments or Circumstances Exceptions**

PICS and PPS hold various contracts which benefit the companies.  There are generally allocated to the Companies.  This disclosure will also reflect those liabilities.

As of July 31st 2014

| | |
|---|---|
| Allstate Insurance | $1091.68 |
| Bayer Healthcare | $3144.27 |
| Bracco | $4081.88 |
| Daniels Sharpsmart | $156.07 |
| Venice Rent | $12519.00 |
| Colonial Life | $1031.69 |
| Dell financial Services | $2143.47 |
| Credit cards – managers | $1648.62 |
| Griffin Development Rent | $29049.87 |
| Florida Medical Accn | $225.00 |
| Image First | $4988.65 |
| Keetons Office Supplies | $156.88 |
| Landgrove Rent | $17277.81 |
| LMGL Rent | $4703.54 |
| Locum Tenans | $9500.00 |
| Shredquick | $70.44 |
| Standard Coffee Co | $45.24 |
| Tri Count | $307.40 |
| University Medical Rent | $5427.91 |
| Verizon | $670.21 |
| West Physics | $8779.74 |

## Schedule 3.25(a) - Top 10 Payors and Referring Physician Practices

## Naples Top Referrers

Referral Statistics Sorted by Plc

Service Dates 12/31/12-12/31/13

| Referral Code | NAPLES Referral Name | Add 1 | City | State | Zip Code | No.Ch | Payments |
|---|---|---|---|---|---|---|---|
| RUBM | RUBINO MD MARK | 201 8TH STREET SOUTH | NAPLES | FL | 34102 | 203 | -88935.16 |
| LAMK | LAM DPM KEVIN MALINOSKI DPM | 661 GOODLETTE ROAD N | NAPLES | FL | 34102 | 127 | -45824.99 |
| MALK | KELLY | 7955 AIRPORT RD N | NAPLES | FL | 34109 | 127 | -42515.48 |
| LAMK | LAM DPM KEVIN MALINOSKI DPM | 661 GOODLETTE ROAD N | NAPLES | FL | 34102 | 84 | -24373.37 |
| MALK | KELLY | 7955 AIRPORT RD N | NAPLES | FL | 34109 | 79 | -21973.19 |
| ERTW | ERTAG MD WILLIAM LEACH MD | 720 GOODLETTE ROAD N. | NAPLES | FL | 34102 | 83 | -21502.66 |
| LEAG | GREGORY E DERNBACH MD | 2171 PINE RIDGE ROAD | NAPLES | FL | 34109 | 87 | -18323.20 |
| DERP | PAUL D | 730 GOODLETTE ROAD N. | NAPLES | FL | 34102 | 50 | -15322.07 |
| TIMB | TIMM DPM BRIAN G | 661 GOODLETTE ROAD N. | NAPLES | FL | 34102 | 45 | -15288.13 |
| TIMB | TIMM DPM BRIAN G | 661 GOODLETTE ROAD N. | NAPLES | FL | 34102 | 49 | -13482.35 |
| PAOD | PAONE MD DOUGLAS B | 671 GOODLETTE RD N | NAPLES | FL | 34102 | 73 | -13057.01 |

## Port Charlotte Top Referrers

Referral Statistics Sorted by Plc
Service Dates 12/31/12-12/31/13

| Referral Code | PORT CHARLOTTE Referral Name | Add 1 | City | State | Zip Code | No.Ch | Payments |
|---|---|---|---|---|---|---|---|
| MONL | MONTOYA MD LILIANA | 4161 TAMIAMI TRAIL | PORT CHARLOTTE | FL | 33952 | 323 | -100365.17 |
| KALD | KALER MD DAVID JOE | 4161 TAMIAMI TRAIL | PORT CHARLOTTE | FL | 33952 | 216 | -64954.01 |
| GRUA | GRUNING ALAN W | PO BOX 7151 | FORT MYERS | FL | 33911 | 65 | -49611.64 |
| HERS | HERSHKOWITZ MD DOUGLAS | 517 TAMIAMI TRAIL | PUNTA GORDA | FL | 33950 | 218 | -47389.38 |
| SASH | SASLOW MD HOWARD | 4161 TAMIAMI TRAIL | PORT CHARLOTTE | FL | 33952 | 103 | -35494.90 |
| HUMP | HUMPEL DPM PAMELA J | 3406 TAMIAMI TRAIL | PORT CHARLOTTE | FL | 33952 | 70 | -22724.55 |
| GEOL | LI MD GEORGE G | 4161 TAMIAMI TRAIL | PORT CHARLOTTE | FL | 33952 | 64 | -20579.66 |
| OAKE | OAKES ARNP PHOEBE | 3390 TAMIAMI TRAIL | PORT CHARLOTTE | FL | 33952 | 64 | -20349.44 |
| BALD | BALLESTAS MD DAVID S | 2525 HARBOR BLVD | PORT CHARLOTTE | FL | 33952 | 55 | -17016.25 |
| KUKJ | KUKLA DPM JOSEPH | 18308 MURDOCK CIRCLE | CHARLOTTE | FL | 33948 | 56 | -15314.01 |

## Venice Top Referrers

Referral Statistics Sorted by Plc

Service Dates 12/31/12-12/31/13

VENICE

| Referral Code | Referral Name | Add 1 | City | State | Zip Code | No.Ch | Payments |
|---|---|---|---|---|---|---|---|
| CUFF | CUFF  MD DEREK | 836 SUNSET LAKE BLVD | VENICE | FL | 34292 | 226 | -69066.02 |
| JOHK | JOHNSON  MD KEITH | 1370 VENICE AVE. EAST | VENICE | FL | 34285 | 238 | -50799.97 |
| MESS | MESGHALI  MD SHEEBA | 1370 E. VENICE AVE | VENICE | FL | 34285 | 245 | -38781.47 |
| SCHB | SCHOFIELD  MD BRIAN | 1950 ARLINGTON ST | SARASOTA | FL | 34239 | 133 | -37070.95 |
| NOJ | NOAH  MD JOSEPH | 836 SUNSET LAKE BLVD | VENICE | FL | 34292 | 102 | -33845.22 |
| BLOJ | BLOOD  MD JEFFREY R | 417 COMMERCIAL CT | VENICE | FL | 34292 | 93 | -30329.97 |
| HABD | HABER  DO DAVID W | 417 COMMERCIAL CT | VENICE | FL | 34292 | 109 | -27998.85 |
| STTO | DITRAPANI-STEPHENSON  MD TONYA | 600 NOKOMIS AVENUE | VENICE | FL | 34292 | 63 | -21010.40 |
| DRUC | DRUCKER  MD YOEL | 411 COMMERCIAL COURT | VENICE | FL | 34292 | 228 | -20439.18 |
| ROSE | ROSENBERG  MD SETH | 400 S TAMIAMI TRAIL | VENICE | FL | 34285 | 80 | -19097.55 |

## Top 10 payers Naples

TOP 10 PAYERS NAPLES 12-31-12 THROUGH 12-31-13

| InsCd | AmtPosted | AmtPaid |
|---|---|---|
| BCFL | 288478.07 | 270927.74 |
| MEDICARE | 268900.78 | 263480.49 |
| SELF | 71375.64 | 71110.64 |
| UNITED HEALTHCARE | 75621.36 | 68001.52 |
| MEDSOLUTIONS | 50651.16 | 46930.09 |
| UHC MCARE | 48717.63 | 45436.19 |
| AETNA | 45639.03 | 41741.59 |
| ALLEGIANCE | 38741.11 | 35776.24 |
| ONE CALL MEDICAL | 29834.64 | 29834.64 |
| HUMANA MCARE | 27887.71 | 28064.02 |

## Top 10 Payers Port Charlotte

TOP 10 PAYERS P.C. 12-31-2012 THROUGH 12-31-2012

| PAYER | AmtPosted | AmtPaid |
|---|---|---|
| MEDICARE | 262689.87 | 250678.67 |
| BCFL | 235950.38 | 222877.64 |
| UNITED HEALTHCARE | 100133.11 | 88395.81 |
| SELF | 79796.5 | 79646.5 |
| AETNA | 77491 | 71102.15 |
| UHC MCARE | 63842.68 | 54504.68 |
| MEDSOLUTIONS | 41354.45 | 38127.62 |
| TRICARE | 36095 | 35819.15 |
| HUMANA | 22019.75 | 22268.1 |
| UNITED MEDICARE RESOURCES | 17904.86 | 18682.64 |

## Top 10 Payers Venice

TOP 10 PAYERS VENICE 12-31-2012 THROUGH 12-31-2013

| INSURANCE | AmtPosted | AmtPaid |
|---|---|---|
| BCFL | 528701.76 | 488826.70 |
| MEDICARE | 468270.36 | 448953.23 |
| AETNA | 243248.26 | 231643.52 |
| UHC MCARE | 182774.44 | 175756.34 |
| MEDSOLUTIONS | 163386.93 | 155177.01 |
| UNITED HEALTHCARE | 126007.92 | 120538.04 |
| OPTIMUM/MCARE HMO | 100638.71 | 92179.76 |
| HUMANA MCARE | 87926.90 | 86861.78 |
| AETNA MCARE | 65285.48 | 63735.43 |
| SELF | 55769.87 | 55553.74 |

## Schedule 3.25(b) - Changes to Top 10 Payors and Referring Physician Practices

None

**Schedule 3.26 - Bank Accounts**

The following bank account are not used by Partners at this point of time but are available to Buyer as active Medicare numbers in the individual companies (not Holdings LLC) are assigned to these accounts. Signatories are Dayani Rochelle (CAO), Dr Richard Goldberg M.D. and Dr Roman Rozin M.D.

**Schedule 3.27 - Tangible Assets At Least $1,000 Book Value**

<u>Venice</u>
Philips Intera/Achieva 3.0T MRI modality with coils
Philips MX8000 CT IDT 16 modality
Philips X-Ray modality with AGFA CR unit
Philips Ultrasound HD11 modality
Philips Allegro PET modality
Dell Reading station x 1
Medrad injector x 2
Aycan paper-film printer x 1
Dell R710 server with Intelerad PACS software installed (subject to lease)
Cisco 2921 router (connects to fiber network, internet and LAN)
Reception furniture – various seating combined
Office, kitchen and furniture – various desks and seating combined
AGFA Drystar 5302 film printer
Kyocera photo-copier (under lease agreement)
Telephone system – Inter-Tel with handsets
Various Dell PC's and tech workstations combined


<u>Port Charlotte</u>
Philips Intera 1.5T MRI modality with coils
Medrad injector x 1
Cisco 2921 router (connects to fiber network, internet and LAN)
AGFA Drystar 5202 film printer
Kyocera photo-copier (under lease agreement)
Various Dell PC's and tech workstations combined
Office, kitchen and reception furniture – various desks and seating combined


<u>Naples</u>
Philips Intera 1.5T MRI modality with coils
Philips MX8000 CT IDT 16 modality
Medrad injector x 2
Cisco 2921 router (connects to fiber network, internet and LAN)
AGFA Drystar 5202 film printer
Kyocera photo-copier (under lease agreement)
Various Dell PC's and tech workstations combined
Office, kitchen and reception furniture – various desks and seating combined

**Schedule 4.4 - Brokers**

See schedule 3.10  Seller has an obligation to pay a fee to a broker.

**Schedule 5.2(d) - Consents Needed by Purchaser**

Buyer to provide

**Schedule 5.2(e) - Affiliate Arrangements Requiring Termination**

(Buyer to decide)

Hill York Chiller maintenance agreement
Brighthouse/Comcast fiber agreement  (recommend discussion on this)
Office cleaning contract
Insurance contracts
Sonicwall Firewall and Cisco router support agreements
PACS software contract
Linde helium contract
Linen cleaning contract
Air products (oxygen) contract
Comcast internet Naples contract
Internet provider Naples
Comcast internet Port Charlotte contract
Internet provider Port Charlotte
Telephone T1 provider in Venice (currently on month to month basis)
Comcast internet in Venice
General medical supplies contract
PET source contract (Venice)
Zephyrhills water contract
Photocopier contract (recommend discussion on this)
Photocopier cost-per-copy contract
Medical waste contracts
Alarm system monitoring contract
Shredding (papers and films) contract
Physicist contract
Kyocera photo-copiers – one at each location (under GE lease agreement)
Fifth 3rd Bank – credit cards to Managers and marketer

**Schedule 5.2(p) - Resignation Letters**

Buyer to provide

**Schedule 6.10  Non Compete Map**

Non compete dividing line that intersects the town of Osprey (residential) and eastwards to the coast of Florida.  All areas south of the boundary line are non-compete areas for Seller.  All areas north of the boundary line are not compete areas for Buyer.



Map showing same non compete boundary but over a larger part of Florida.

