**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEDICAL IMAGING CORP., <br>                     Plaintiff, <br><br> - against - <br><br> PARTNERS IMAGING HOLDINGS, LLC, <br>                     Defendants. | Case No. 1:17-cv-08495-SHS <br><br> **DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Plaintiff states no parent corporation, nor any publicly held corporation, owns 10% or more of its stock.

Dated: November 30, 2017                          STORCH AMINI PC

                                                           /s/ Jeffrey Chubak
                                                           Jeffrey Chubak
                                                           140 East 45th Street, 25th Floor
                                                           New York, New York 10017
                                                           (212) 490-4100

                                                           *Attorneys for Plaintiff*