```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MEDICAL IMAGING CORP.,                :    17-Cv-8495 (SHS)

               Plaintiff,           :    ORDER

    -against-                          :

PARTNERS IMAGING HOLDINGS, LLC,      :

              Defendant.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that there will be a conference on Thursday, February 1, 2018, at 3:30 p.m., with regard to the pending motion to dismiss the complaint or stay the action.

Dated:   New York, New York
         January 19, 2018

                                  SO ORDERED:

                                  _____
                                  Sidney H. Stein, U.S.D.J.