UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDICAL IMAGING CORP.,

                Plaintiff,

-against-

PARTNERS IMAGING HOLDINGS, LLC,

                Defendant.

17-Cv-8495 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    It is HEREBY ORDERED that:

    1.    The parties will confer and inform the Court by letter, on or before February 15, 2018, whether they have reached an agreement to consensually resolve the pending motion to dismiss the complaint or stay the action; and

    2.    There will be a conference on Friday, February 23, 2018, at 10:30 a.m., with regard to the pending motion, if it has not otherwise been resolved.

Dated: New York, New York
         February 1, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.