# STORCH AMINI PC

**Jeffrey Chubak**
MEMBER NY & NJ BARS

212.497.8247
jchubak@storchamini.com

February 14, 2018

**Via ECF**

Honorable Sidney H. Stein
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Medical Imaging Corp. v. Partners Imaging Holdings, LLC, No. 1:17-cv-8495-SHS

Dear Judge Stein:

    I am Plaintiff's counsel herein, and write to advise the Court the parties have conferred in an effort to reach agreement on Defendant's pending motion without the need for Court action. However, we respectfully request additional time to work towards a mutually agreeable solution, and so request a one-week extension of our February 15, 2018 deadline to advise the Court with respect to the motion, and a corresponding adjournment of the conference presently scheduled for February 23, 2018. No prior request for an adjournment or extension has been made herein. Defendant's counsel does not oppose the requested extension.

Respectfully,

Jeffrey Chubak

cc:   James Burgess
      Lance Grossman